FILED: July 8, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1108
(5:22-cv-00313-JPB)

_____

ROLAND F. CHALIFOUX, JR., D.O.

　　　　Plaintiff - Appellant

v.

WETZEL COUNTY HOSPITAL, INC.; WEST VIRGINIA UNITED HEALTH
SYSTEM, INC., d/b/a West Virginia University Health System, d/b/a WVU
Health System; DONALD BLUM, M.D.; NIRAJ MOHAN, M.D.; MATTHEW
SOKOS, M.D.; HANY TADROS, M.D.; SEAN SMITH; JESSICA HUFFMAN

　　　　Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district

court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

　　　　　　　　　　　　　　/s/ NWAMAKA ANOWI, CLERK