FILED: July 30, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 24-1108
(5:22-cv-00313-JPB)

_____

ROLAND F. CHALIFOUX, JR., D.O.

        Plaintiff - Appellant

v.

WETZEL COUNTY HOSPITAL, INC.; WEST VIRGINIA UNITED HEALTH
SYSTEM, INC., d/b/a West Virginia University Health System, d/b/a WVU
Health System; DONALD BLUM, M.D.; NIRAJ MOHAN, M.D.; MATTHEW
SOKOS, M.D.; HANY TADROS, M.D.; SEAN SMITH; JESSICA HUFFMAN

        Defendants - Appellees

_____

M A N D A T E

_____

The judgment of this court, entered July 8, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*